

FILED

APR 2 8 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:24-cr-68 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| DOMINIQUE LEBRON COLLINS | ) | Magistrate Judge Steger |
| | ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about May 21, 2024, in the Eastern District of Tennessee, the defendant, **DOMINIQUE LEBRON COLLINS,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, and the firearm and ammunition were shipped and transported in and affected interstate commerce.

The Grand Jury further alleges that, before the defendant committed this offense, the defendant had at least three prior convictions for offenses qualifying under Title 18, United States Code, Section § 924(e)(2) that were committed on occasions different from one another.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Kevin T. Brown
Assistant United States Attorney

Page 1 of 1